# United States Court of Appeals
## For the First Circuit

No. 12-1382

HENRY MAZARIEGOS-PAIZ,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on October 25, 2013 is corrected as follows:

On page 2, line 9, Footnote 1 is to be added at the end of the word "them." as follows:

We caution that we deal here exclusively with the jurisdictional issue of exhaustion of administrative remedies. The government has not raised any question of either waiver or forfeiture, see United States v. Olano, 507 U.S. 725, 733-34 (1993) (discussing those doctrines), and we take no view as to their applicability or operation in judicial review of agency orders.

Every other footnote thereafter should be renumbered accordingly.